**Stanley L. REEDER, Jr.,**
**Plaintiff–Appellant,**

v.

**C/O STAUNTON, Sheriff; Sheriff of Staunton, Virginia; Deputy Sheriff Gregory; Captain Nicholson; John Doe # 1; John Doe # 2, Defendants–Appellees.**

No. 11–6883.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 2, 2012.

Stanley L. Reeder, Jr., Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

188

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley L. Reeder, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Reeder v. Staunton,* No. 7:11–cv–00299–GEC, 2011 WL 2605047 (W.D.Va. June, 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*